Drew Henwood, Esq.
The Law Offices of Drew Henwood
93 Devine Street, Suite 100
San Jose, CA 95110
California Bar No. 184529
(408) 279-2730
(408) 279-2735  fax
email: henwood.drew@gmail.com

Attorney for debtor

Michele Thi Huynh

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | Case No. 10-62883-ASW-11 |
| **MICHELE THI HUYNH**, | Chapter 11 |
| Debtor. | **MOTION TO DETERMINE VALUE AND STATUS OF JUNIOR LIEN HOLDER, TERWIN ADVISORS, LLC'S CLAIM AS WHOLLY UNSECURED AND VOID LIEN** |
| **MICHELE THI HUYNH**, | |
| Movant, | DATE: (No hearing presently requested) |
| vs | TIME: |
| | PLACE: United States Bankruptcy Court |
| | 280 South 1st Street, Courtroom 3020 |
| | San Jose, California 95113 |
| **TERWIN ADVISORS, LLC**, | BEFORE: The Honorable Arthur S. Weissbrodt |
| Respondent. | |

This motion is filed by Michele Thi Huynh (hereinafter simply referred to as the "Debtor") in the above-captioned Chapter 11 case pursuant to Title 11 U.S.C. § 506(a) and F.R.C.P. Rules 3012 and 9014 to obtain an order to determine the value and status of the claim of the respondent, Terwin Advisors, LLC as a wholly unsecured claim and to void the lien of the respondent on the Debtor's

Page 1 - MOTION TO DETERMINE VALUE AND STATUS OF JUNIOR LIEN HOLDER, TERWIN ADVISORS, LLC'S CLAIM AS WHOLLY UNSECURED AND VOID LIEN

In re Michele Thi Huyngh
Case No. 10-62883-ASW-11

Case: 10-62883   Doc# 54   Filed: 01/07/12   Entered: 01/07/12 13:11:42   Page 1 of 5

real property commonly referred to as 1611 Peachwood Drive, San Jose, California 95132 (hereinafter referred to as the "Subject Property"). In support of this motion, the Debtor has concurrently filed her Declaration and Notice of Motion and would now state as follows:

1. Debtor commenced this Chapter 11 case No. 10-62883-ASW-11 by filing a voluntary Chapter 11 petition in the San Jose Division of the United States Bankruptcy Court for the Northern District of California on December 17, 2010.

2. The assets of the Debtor include the Subject Property.

3. Debtor is informed and believes that at the time of the filing of her voluntary Chapter 11 petition the Subject Property was worth Six Hundred Fifty-Nine Thousand and 00/100 ($659,000.00) based on a www.zillow.com valuation report dated December 17, 2010, which true copy of said www.zillow.com valuation report evidencing the value of the Subject Property is attached and incorporated by reference to the concurrently filed Declaration of Michele Thi Huynh in Support of Motion to Determine Value and Status of Junior Lien Holder, Terwin Advisors, LLC's Claim as Wholly Unsecured and to Void Lien as **Exhibit One**.

4. Creditor, One West Bank, holds a first deed of trust on the Subject Property for a first mortgage in the first lien position. This first deed of trust which Debtor granted to One West Bank was recorded with the County of Santa Clara Recorders office on March 19, 2007 under document number 19346936 which true copy of the cover page of the first deed of trust is attached and incorporated by reference to the concurrently filed Declaration of Michele Thi Huynh in Support of Motion to Determine Value and Status of Junior Lien Holder, Terwin Advisors, LLC's Claim as Wholly Unsecured and to Void Lien as **Exhibit Two**.

5. Debtor is informed and therefore believes that the Debtor's approximate indebtedness to One West Bank and the time her voluntary Chapter 11 petition was filed was Six Hundred Sixty-Nine Thousand and 00/100 dollars ($696,000.00) pursuant to a credit report of the Debtor dated August 3, 2010 which true copy of the page of the Debtor's credit report evidencing

Page 2 - MOTION TO DETERMINE VALUE AND STATUS OF JUNIOR LIEN HOLDER, TERWIN ADVISORS, LLC'S CLAIM AS WHOLLY UNSECURED AND VOID LIEN

In re Michele Thi Huyngh
Case No. 10-62883-ASW-11

Case: 10-62883   Doc# 54   Filed: 01/07/12   Entered: 01/07/12 13:11:42   Page 2 of 5

such indebtedness of the Debtor to One West Bank is attached and incorporated by reference to the concurrently filed Declaration of Michele Thi Huynh in Support of Motion to Determine Value and Status of Junior Lien Holder, Terwin Advisors, LLC's Claim as Wholly Unsecured and to Void Lien as **Exhibit Three**.

6. Creditor, Wells Fargo Bank, N.A. holds a second deed of trust in the Subject Property for a second mortgage in the second lien position. This second deed of trust which Debtor granted to Wells Fargo Bank, N.A. was recorded with the Santa Clara County Recorders office on March 19, 2007 under document number 19391057 which true copy of the cover page of the second deed of trust held by Wells Fargo Bank is attached and incorporated by reference to the concurrently filed Declaration of Michele Thi Huynh in Support of Motion to Determine Value and Status of Third Lien Holder, Terwin Advisors, LLC's Claim as Wholly Unsecured and to Void Lien as **Exhibit Four**.

7. Debtor is informed and therefore believes that the Debtor's indebtedness to Wells Fargo Bank, N.A. at the time her voluntary Chapter 11 petition was filed was Three Hundred Two Thousand Nine Hundred Seventy-Two and 54/100 dollars ($302,972.54) pursuant to its Proof of Claim [Claim 6-1] filed on January 20, 2011, which true copy of such Proof of Claim evidencing such indebtedness of the Debtor to Wells Fargo Bank is attached and incorporated by reference to the concurrently filed Declaration of Michele Thi Huynh in Support of Motion to Determine Value and Status of Third Lien Holder, Terwin Advisors, LLC's Claim as Wholly Unsecured and to Void Lien as **Exhibit Five**.

8. Respondent, Terwin Advisors, LLC holds a third deed of trust in the Subject Property for a Home Equity Line of Credit in the third lien position. This third deed of trust which Debtor granted to Terwin Advisors, LLC was recorded with the Santa Clara County Recorders office on March 19, 2007 under document number 19346936 which true copy of the cover page of the third deed of trust held by Terwin Advisors, LLC is attached and incorporated by reference to the concurrently filed Declaration of Michele Thi Huynh in Support of Motion to Determine Value and Status of Third Lien Holder, Terwin Advisors, LLC's Claim as

Page 3 - MOTION TO DETERMINE VALUE AND STATUS OF JUNIOR LIEN HOLDER, TERWIN ADVISORS, LLC'S CLAIM AS WHOLLY UNSECURED AND VOID LIEN

In re Michele Thi Huyngh
Case No. 10-62883-ASW-11

Case: 10-62883   Doc# 54   Filed: 01/07/12   Entered: 01/07/12 13:11:42   Page 3 of 5

1    Wholly Unsecured and to Void Lien as **Exhibit Six**.

3  9.  Debtor is informed and therefore believes that the Debtor's indebtedness to Terwin Advisors,
4      LLC at the time her voluntary Chapter 11 petition was filed was  Ninety-Five Thousand One
5      Hundred Nine and 77/100 dollars ($95,109.77) pursuant to its Proof of Claim  [Claim 8-1]
6      filed on March 02, 2011, which true copy of such Proof of Claim evidencing such
7      indebtedness of the Debtor to Terwin Advisors, LLC is attached and incorporated by
8      reference to the concurrently filed Declaration of Michele Thi Huynh in Support of Motion
9      to Determine Value and Status of Third Lien Holder, Terwin Advisors, LLC's Claim as
10     Wholly Unsecured and to Void Lien as **Exhibit Seven**.
11 8.  The claim of Terwin Advisors, LLC as predicated on such third deed of trust is a wholly
12     unsecured lien against the Subject Property and is accordingly not protected by the anti-
13     modification clause of Bankruptcy Code §1123(b)(5).  Lender, Terwin Advisors, LLC's
14     junior lien claim should therefore be valued pursuant to Title 11 U.S.C. § 506 and F.R.B..P.
15     Rule 3012 at zero and 00/100 dollars ($0.00) and, after such valuation the lien should be
16     voided, cancelled, extinguished and formally stripped off of the Subject Property.  The claim
17     of Terwin Advisors, LLC predicated on its third deed of trust should be paid only as a
18     general unsecured claim in Debtor's Chapter 11 Plan and should not be paid as a secured
19     claim in any amount whatsoever.  In re Zimmer (9th Cir. 2002) 313 F2d 1220, 1222-1225.
20 9.  The 9th Circuit ruling in In re Zimmer allowing such wholly unsecured third lien claim to be
21     stripped off Debtor's real property through a Chapter 11 Plan is in harmony with all the other
22     Circuit decisions which have considered the issue.  See In re Lane  (6th Cir. 2002) 280 F3d
23     663, 667-669; In re McDonald (3rd Cir. 2000) 205 F3d 606, 615; In re Tanner (11th Cir. 2000)
24     217 F3d 1357; In re Mann (BAP 1st Cir. 2000) 249 BR 831; In re Bartee (5th Cir. 2000) 212
25     F3d 277.
26 10. F.R.B.P. Rule 3012 provides that the "valuation of security" may be done by noticed motion
27     rather than adversary proceeding and accordingly the motion to determine and value lender's
28

Page 4 - MOTION TO DETERMINE VALUE AND STATUS OF JUNIOR LIEN HOLDER,           In re Michele Thi Huyngh
         TERWIN ADVISORS, LLC'S CLAIM AS WHOLLY UNSECURED AND                  Case No. 10-62883-ASW-11
         VOID LIEN

Case: 10-62883   Doc# 54   Filed: 01/07/12   Entered: 01/07/12 13:11:42   Page 4 of 5

secured claim at $0.00 in Debtor's Chapter 11 reorganization Plan is proper.

**WHEREFORE**, Debtor requests that the Court enter an Order providing that:

a. The value of the Subject Property is no more than Six Hundred Fifty-Nine Thousand and 00/100 ($659,000.00).

b. The secured interest of respondent, Terwin Advisors, LLC, predicated on its third deed of trust, in the Subject Property is zero and 00/100 dollars ($0.00).

c. The lien of the respondent in the amount of Ninety-Five Thousand One Hundred Nine and 77/100 dollars ($95,109.77) on the Subject Property as described in the third deed from Debtor to Terwin Advisors, LLC, which was recorded in the County of Santa Clara Recorder's Office on March 19, 2007 under document number 19346936 is void.

d. For such other and further relief as the court may deem just and proper.

Respectfully submitted this 28th day of October, 2011

/s/ Drew Henwood
DREW HENWOOD, ESQ.
Attorney For debtor-in-possession
Michele Thi Huynh

W:\WD\Work-Directory\WD@SJ Office\Work\BANKRUPTCY REFORM\Chapter 11's\Huynh, Michele sj file January file\Lien Strip\Terwin Advisors\Lien_Strip_Motion,_1611_Peachwood_Drive,_Terwin_Advisors,_LLC_3rd_DOT.wpd

Page 5 - MOTION TO DETERMINE VALUE AND STATUS OF JUNIOR LIEN HOLDER, TERWIN ADVISORS, LLC'S CLAIM AS WHOLLY UNSECURED AND VOID LIEN

In re Michele Thi Huyngh
Case No. 10-62883-ASW-11

Case: 10-62883    Doc# 54    Filed: 01/07/12    Entered: 01/07/12 13:11:42    Page 5 of 5